UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
LUCY BLANDON
                            Plaintiff,
                                                     Index No.: 07 CV 05278
         -against-
                                                     **NOTICE OF**
MILFORD MANAGEMENT CORP., *et al.*         **APPEARANCE**

                                      Defendants.      **ELECTRONICALLY**
------------------------------------------------------------------x   **FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

I certify that I am admitted to practice in this court.

Dated:        New York, New York
               December 10, 2007

                                                    LONDON FISCHER LLP

                                 By:    _____
                                                    Gillian Hines Kost (GK-2880)
                                                    59 Maiden Lane
                                                    New York, New York 10038
                                                    Phone: (212) 972-1000
                                                    Fax: (212) 972-1030

*Attorney for Defendants*
**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

K: VGFutterman\WTC-Milstein\Plaintiff\Blandon\Pleadings\Notice of Appearance